UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANA CHALAS, Individually, and On Behalf : Case No.: 1:22-cv-04178 (CM)
of All Others Similarly Situated,                            :
                                                             :
                                                             :
                              Plaintiff,                     :
        vs.                                                  : **NOTICE OF VOLUNTARY DISMISSAL**
                                                             :
                                                             :
BARLEAN'S ORGANIC OILS, L.L.C.,                              :
                                                             :
                              Defendant.                     :
                                                             :
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff ANA CHALAS hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant BARLEAN'S ORGANIC OILS, L.L.C.

DATED:  June 5, 2023                **MIZRAHI KROUB LLP**

                                         /s/ Edward Y. Kroub
                                    _____
                                         EDWARD Y. KROUB

                                    EDWARD Y. KROUB
                                    225 Broadway, 39th Floor
                                    New York, NY  10007
                                    Telephone:  212/595-6200
                                    212/595-9700 (fax)
                                    ekroub@mizrahikroub.com


                                    *Attorneys for Plaintiff*